

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Saltwater Partners #1 SWD, LLC,     * From the County Court at Law
of Midland County,
Trial Court No. CC17456.

Vs. No. 11-20-00256-CV     * April 21, 2022

Smith Industries, Inc. and     * Per Curiam Memorandum Opinion
Saltwater Partners, LLC.     (Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered the parties' joint motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Saltwater Partners #1 SWD, LLC.